UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY A. FINLEY,<br><br>      Plaintiff,<br><br>    v.<br><br>KRIS SODETANI,<br><br>      Defendant. | Case No. C07-1146RSL<br><br>ORDER TO SHOW CAUSE |

On January 9, 2008, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on January 22, 2008, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for April 4, 2008. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 4th day of February, 2008.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER TO SHOW CAUSE - 1